AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF __MASSACHUSETTS__

US v. Dennis Quirk

**EXHIBIT AND WITNESS LIST**

Case Number: 05-30

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Sorokin | R. Richardsi | |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| | J. Hd | U(S) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| A | | 6/23 | | | David Johnson - Sp Agent FBI |
| 1 | | 6/23 | ✓ | ✓ | Aff of Sp Agent Turk |
| 2 | | 6/23 | ✓ | ✓ | Photo |
| 3 | | 6/23 | ✓ | ✓ | " |
| 4 | | 6/23 | ✓ | ✓ | " |
| 5 | | 6/23 | ✓ | ✓ | " |
| 6 | | 6/23 | ✓ | ✓ | " |
| 7 | | 6/23 | ✓ | ✓ | " |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages